UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
AMERICAN JEWISH COMMITTEE,

                Plaintiff,

        –against–                               15-cv-5983 (LAK)

JAY BERMAN, et ano.,

                Defendants.
------------------------------------------------x

                                 **ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court adopts the report and recommendation of Magistrate Judge James Cott to which no objection has been filed. The Clerk shall enter judgment in accordance with the report and recommendation and close the case.

        SO ORDERED.

Dated:       August 27, 2016

                                                  /s/   Lewis A. Kaplan
                                                  _____
                                                      Lewis A. Kaplan
                                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/16