UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN JEWISH COMMITTEE,

                             Plaintiff,

-against-

JAY BERMAN and TIME & SPACE MEDIA, INC.,

                             Defendants.

**MEMO ENDORSED**

Case No.: 15-cv-05983 (LAK)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 30 2017

### PLAINTIFF'S NOTICE OF MOTION TO RENEW

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Affidavit of Marc D. Stern and the exhibits attached thereto, and the Affidavit of Kenneth Bandler and the exhibits attached thereto, and all prior papers and proceedings in the above-captioned action, Plaintiff American Jewish Committee ("AJC"), by its undersigned attorneys, shall renew its request, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, Courtroom 21B, pursuant to this Court's Default Judgment of August 30, 2016 awarding compensatory damages of $351,280 to AJC on its breach of contract claim against Defendants, without prejudice to renewal of AJC's request for an additional $124,820.90 in compensatory damages upon submission of sufficient documentation, for entry of a final judgment awarding compensatory damages against Defendants in the additional amount of $124,820.90.

The motion is granted substantially for the reasons given in the report and recommendation to which no timely objection has been filed. The Clerk shall enter judgment and close the case.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ    JAN 30 2017